# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CIVIL ACTION NO. 2:26-cv-2429

---

**UNITE 4 FREEDOM, INC.**;
**GREGORY STENSTROM, PRO SE**;
**ROBERT C. MANCINI, PRO SE**;

*Plaintiffs,*

v.

**AL SCHMIDT**, **in his official capacity as**
**Secretary of the Commonwealth of Pennsylvania**;
**PENNSYLVANIA DEPARTMENT OF STATE;**

*Defendants.*

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on April 16, 2026, a true and correct copy of the following

documents:

- Complaint for Declaratory Relief

- Plaintiffs' Memorandum of Law in Support of the Complaint

- Exhibits A–C

- Notice of Clarification and Supplemental Factual Context

were served by United States Mail, postage prepaid, upon the following:

1.) Pennsylvania Department of State
   North Office Building
   401 North Street
   Harrisburg, PA 17120
2.) Al Schmidt, in his official capacity as
   Secretary of the Commonwealth of Pennsylvania

Pennsylvania Department of State
North Office Building
401 North Street
Harrisburg, PA 17120

3.) Office of Attorney General of Pennsylvania
Strawberry Square
Harrisburg, PA 17120

---

**Respectfully submitted,**

*Renée Mazer*

**Renee Mazer**
PA Bar No. 57666
191 Presidential Blvd., Apt. 419
Bala Cynwyd, PA 19004
(484) 716-9619
reneemazer@gmail.com
Counsel for Plaintiff
Unite 4 Freedom, Inc.
Date: April 16, 2026

---